■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KARL POWELL, Appellant. [628 NYS2d 675] —Judgment, Supreme Court, New York County (Juanita Bing Newton, J.), rendered October 13, 1992, convicting defendant, upon his guilty plea, of two counts of criminal possession of a controlled substance in the third degree, six counts of criminal possession of a weapon in the third degree, and two counts of criminally using drug

paraphernalia in the second degree, and sentencing him, as a second felony offender, to concurrent terms of $4^1/2$ to 9 years on the two controlled substance counts, $3^1/2$ to 7 years on the six weapons counts, and 1 year imprisonment on the paraphernalia counts, respectively, unanimously affirmed.

Suppression was properly denied on the ground that the officers reasonably relied upon information provided to them by a confidential informant that a rape was in progress (*People v Mitchell*, 39 NY2d 173, 177-178, *cert denied* 426 US 953). The court has examined the sealed record of the *Darden* hearing conducted by Justice Newton on April 19, 1992. Although it was later discovered that the informant had fabricated the rape story, the fact remains that the officers' intrusion without a warrant was motivated not by an intent to seize the guns or drugs that were eventually recovered, but by a reasonable belief that an emergency situation required their immediate assistance (*People v Diaz*, 170 AD2d 618, *lv denied* 79 NY2d 855). Concur—Sullivan, J. P., Rosenberger, Wallach, Kupferman and Nardelli, JJ.